UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SYED RUBEL AHMED and SULTANA
RAZIA,

Defendants.

23-CR-278-NRM-3, 7

**VERDICT SHEET**

We, the jury, as to SYED RUBEL AHMED, find as follows:

**COUNT ONE**
(Kidnapping)

Guilty __√__    Not Guilty _____

We, the jury, as to SULTANA RAZIA, find as follows:

**COUNT ONE**
(Kidnapping)

Guilty __√__    Not Guilty _____

Dated: _June 26_, 2026
   *Brooklyn, New York*

_____
JURY FOREPERSON

1